UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALICA LAMONTAGNE,
      Plaintiff,

v.                                    C.A. No. 10-118 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
      Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 19, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion for an Order Affirming the Decision of the Commissioner is hereby GRANTED, and Plaintiff's Motion to Reverse Decision of the Commissioner is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 10/18/11